UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANNY TORRES,

      Plaintiff,

v.                                                     Case No. 5:21-cv-34-TKW-MJF

GEO GROUP INC., et al.,

      Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed pursuant to the "three strikes rule" in 28 U.S.C.§ 1915(g).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**, and this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g).

3. The Clerk shall close the file.

**DONE AND ORDERED** this 8th day of March, 2021.

*T. Kent Wetherell, II*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**